E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | No. CR02-156 CRB (BZ) |
| ) | |
| v. ) | **DETENTION ORDER** |
| ) | |
| ANTHONY COLEY, ) | |
| ) | |
| Defendants. ) | |

On December 22, 2006, I heard the government's motion to detain defendant Anthony Coley pending a hearing on a petition for revocation of his supervised release. The United States was represented by Assistant United States Attorney Elise Becker, and defendant was represented by Federal Public Defender Barry Portman. Mr. Coley's Probation Officer, Jennifer James, was also present. After hearing the proffers and arguments of counsel and the recommendation of the Probation Officer, I found that defendant failed to prove with clear and convincing evidence that he will make his court appearances and abide by conditions of release. In so

1  finding, I considered the following factors:

2        1.  Because the defendant is charged with a violation of
3  supervised release, the burden of establishing that he is not
4  a flight risk or danger to the community rests with defendant.
5  Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. 3143.

6        2.  The Probation Officer recommended that defendant be
7  detained because she believes that Mr. Coley is incapable of
8  supervision given the numerous violations which led to her
9  filing the revocation petition and the efforts she made to try
10 to work with Mr. Coley.  The violations include failures to
11 live where he was supposed to be living, reporting failures
12 and failures to comply with his treatment program.

13       3.  Because of his underlying conviction, defendant is
14 not a candidate for placement in a halfway house.  He does not
15 appear to have any stable residence or family or friends who
16 could act as his surety or custodian.

17       4.  Defendant sought to be released on his own
18 recognizance.  Defense counsel proposed that if released, he
19 would seek admission to the Volunteers of America program.

20       5.  The combination of an OR bond and a promise to seek
21 housing did not persuade me by clear and convincing evidence
22 that defendant will make his appearances and otherwise comply
23 with conditions of release.

24       **IT IS THEREFORE ORDERED** that the defendant Anthony Coley
25 is hereby committed into the custody of the Attorney General
26 for confinement in a corrections facility pending disposition
27 of the alleged supervised release violations, that defendant
28 be afforded reasonable opportunity for private consultation

2

with his counsel and that on order of the United States or on request for an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized deputy United States Marshal for the purposes of any appearance in connection with a court proceeding in this matter.

Dated: December 27, 2006

*[signature]*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\DETENTIO\2006\FOLEY.DETENTION.ORDER.wpd